70,616-05

Ex Parte

Trenton LeRoy Jackson

Applicant

In The Court of

Criminal Appeals

Austin, Texas

Cause No. 981891-B

Dear Honorable Clerk:

On June 3, 2015, I received from this honorable court the supplemental clerk's record. Can you please tell me if my WR-70,616-05 has been set for submission or been ruled on. Also, on August 12, 2015 I received a white card advising me that, this honorable court denied Applicant's "Motion to Enforce". I have not filed any motion nor wrote this court. Can you please send me copy of the said motion.

Thank you

Trenton LeTroy Jackson